IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR26-A |
| | ) | WO |
| WILLIAM ELLIS LATHAM | ) | |

**ORDER ON MOTION**

On April 15, 2005, the defendant appeared before the court on a petition to revoke his pretrial release.  A condition of that release was that the defendant reside in a halfway house from which he was discharged involuntarily on April 13, 2005.  This discharge was based on his conviction in the United States District Court for the Northern District of Alabama for sex offenses.  Latham was sentenced to a term of imprisonment of 72 months and a term of supervised release of 10 years.

The court advised the defendant of his right to a hearing on the petition seeking his release, and after conferring with counsel the defendant waived his right to a hearing and to challenge the revocation of his pretrial release.  Accordingly, it is

ORDERED that the petition be and is hereby GRANTED, that the defendant's pretrial release be and is hereby REVOKED and that the defendant be and is hereby committed to the custody of the Attorney General or his designated representative for confinement in an appropriate corrections facility.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the

purpose of an appearance in connection with a court proceeding.

Done this 18th day of April, 2005.


                                        /s/Charles S. Coody
                                CHARLES S. COODY
                                CHIEF UNITED STATES MAGISTRATE JUDGE